# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER (AMENDED)** |
| | ) | |
| vs. | ) | |
| | ) | |
| Donald Jay Greene, | ) | Case No. 4:13-mj-200 |
| | ) | |
| Defendant. | ) | |

On motion of the Government and for the reasons stated in support of its motion, it is

**ORDERED** that the Affidavit of FBI Special Agent Bruce Bennett and the Government's motion are sealed until further order of the court.

Dated this 18th day of November, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court